# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-09848-JVS-PVC |
| Plaintiff, | Hon. James V. Selna |
| v. | **JUDGMENT** |
| Loniesha J. Kimble, | |
| Defendant. | |

[Proposed] Judgment

125868251.1

On June 16, 2021, the Court granted in part and denied in part Plaintiff Wells Fargo Bank, N.A.'s motion for a default judgment against Defendant Loniesha J. Kimble. (Dkt. # 19.) The Court granted Wells Fargo Bank, N.A., compensatory damages of $125,000, attorney's fees of $8,100, and costs of $,1825.05.

Accordingly, the Court orders Judgment in favor of Wells Fargo Bank, N.A., and against Defendant Loniesha J. Kimble for $147,289.30, representing the following:

1. compensatory damages of $125,000;
2. attorney's fees of $8,100; and
3. costs of $,1825.05.

Dated: August 31, 2021

_____
Honorable James V. Selna
United States District Judge